UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**URBAN PARTNERSHIP BANK,**

        **Plaintiff,**          CASE NUMBER: 09-10646
                                       HONORABLE VICTORIA A. ROBERTS

v.

**ST. REGIS DETROIT PARTNERS,
L.L.C., et al.,**

        **Defendants,**

v.

**MICHIGAN UNEMPLOYMENT
INSURANCE AGENCY,**

        **Intervenor Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 03, 2010, Magistrate Judge Michael Hluchaniuk submitted a Report and Recommendation (Doc. 104) recommending that the Court GRANT Plaintiff's Motion for Summary Judgment. (Doc. 78).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **GRANTS** Plaintiff's motion.

IT IS ORDERED.

                                              s/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: January 10, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 10, 2011.

s/Carol A. Pinegar
Deputy Clerk